Igor Volynsky
238 Cambridge Drive
Ramsey, NJ 07446
ivolynsky@outlook.com

June 15, 2026

Hon. Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey

Re: Volynsky v. The Prudential Insurance Company of America
Civil Action No. 2:23-cv-16710-MEF-JSA

Dear Judge Allen:

Plaintiff respectfully submits this supplemental correspondence regarding Plaintiff's June 8, 2026 Letter Request for Leave to File a Motion for Limited Supplemental Discovery.

After submitting the June 8, 2026 letter, Plaintiff received and reviewed the transcript of the May 14, 2026 deposition of former Prudential Human Resources Director Rose Veneziano. Plaintiff previously advised the Court that the transcript was not yet available and reserved the right to supplement the record upon review.

The attached Exhibit E contains limited excerpts from Ms. Veneziano's testimony that bear directly on preserved discovery categories previously raised in Plaintiff's July 10, 2025 meet-and-confer correspondence (ECF No. 59-5), subsequent discovery proceedings, Plaintiff's Rule 72(a) filings (ECF Nos. 96 and 107), and Plaintiff's June 8, 2026 Letter Request for Leave to File a Motion for Limited Supplemental Discovery.

Among other things, Ms. Veneziano provided testimony concerning review processes, demographic analyses, termination-timing practices, and documentation that relate directly to preserved discovery categories identified in Plaintiff's July 10, 2025 correspondence (ECF No. 59-5) and Plaintiff's June 8, 2026 submission:

• Human Resources, Employee Relations, and Legal personnel participated in termination-related review and compliance processes;

• Human Resources and Employee Relations reviewed demographic information, including age-related information, in connection with ADEA compliance reviews;

• Notification dates could be changed and Human Resources could participate in processing or coordinating termination-date extensions for employees to meet benefit-eligibility criteria; and

1

• Rehire-eligibility determinations involved participation by business personnel, Human Resources, and Employee Relations, and included documented reasons supporting such determinations.

Plaintiff submits these excerpts solely to supplement the existing record supporting the June 8, 2026 request and does not otherwise modify the relief requested in that submission.

Respectfully submitted,

*Igor Volynsky*

Igor Volynsky
Plaintiff Pro Se

Enclosure:

Exhibit E – Relevant Excerpts from the May 14, 2026 Deposition of Rose Veneziano