June 25, 2026

To the Court:

**Re:** Volynsky v. The Prudential Insurance Company of America
Civil Action No. 2:23-cv-16710-MEF-JSA

Plaintiff respectfully submits this brief administrative notice to advise the Court that, due to an apparent issue encountered during the Judiciary's ADS electronic filing process, the documents previously docketed as ECF Nos. 129 and 130 were inadvertently re-filed together as ECF No. 132.

Following Plaintiff's original submission, no ADS confirmation email was received. Concerned that the filing may not have been successfully transmitted, Plaintiff contacted the Clerk's Office and was advised that, if no confirmation email had been received, the documents should be submitted again. Plaintiff subsequently re-submitted the documents in good faith to ensure they were properly filed. Plaintiff later learned that the original submission had, in fact, been received and docketed, resulting in the duplicate filing reflected as ECF No. 132.

Upon discovering the duplicate filing, Plaintiff promptly contacted the Clerk's Office and was advised that, because the filing had already been docketed, it could not be administratively removed. Plaintiff also promptly notified Defendant's counsel that ECF No. 132 was not intended as a new substantive filing but is merely a duplicate of ECF Nos. 129 and 130.

Plaintiff respectfully requests that the Court treat ECF No. 132 as an inadvertent duplicate filing of ECF Nos. 129 and 130 resulting from the electronic filing process and Plaintiff's good-faith effort to ensure that the documents were properly submitted. Plaintiff sincerely apologizes for any inconvenience this inadvertent duplication may have caused.

Respectfully submitted,

*Igor Volynsky*
Igor Volynsky
Plaintiff Pro Se